16307. TOLBERT ESTATE INCORPORATED *v.* KELLIS *et al.*

BROYLES, C. J. Conceding (but not deciding) that the lease in question was properly admitted in evidence, the evidence, with all the legal deductions and inferences arising therefrom, did not absolutely demand the verdict *directed* by the trial judge in favor of the plaintiff. It follows that the judge of the superior court did not err in sustaining the defendant's certiorari and in granting a new trial, the petition for certiorari containing a proper assignment of error upon such direction of the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1925.

Certiorari; from Fulton superior court—Judge E. D. Thomas. February 4, 1925.

*C. N. Anderson, Hyman M. Morris,* for plaintiff.

*George & John L. Westmoreland, C. G. Reynolds,* for defendants.